J. W. PRUETT ET AL. v. TUCKASEEGEE AND SOUTHEASTERN
RAILWAY COMPANY.

(Filed 10 June, 1927.)

APPEAL by defendant from *Harwood, J.,* at October Term, 1926, of
JACKSON.

*Sutton & Stillwell for plaintiff.*
*Alley & Alley for defendant.*

PER CURIAM. The plaintiffs brought suit to recover damages for
injury to their property caused by fire alleged to have been negligently
set out by the defendant in the operation of its train. The one exception
appearing in the record presents the question whether the presiding
judge complied with C. S., 564. The appellant has failed to convince
us that he did not. We find
No error.